Matter of Baltz (2025 NY Slip Op 06780)

Matter of Baltz

2025 NY Slip Op 06780

Decided on December 4, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:December 4, 2025

PM-275-25
[*1]In the Matter of Frank James Baltz, an Attorney. (Attorney Registration No. 2133924.)

Calendar Date:December 1, 2025

Before:Aarons, J.P., Reynolds Fitzgerald, Ceresia, Fisher and Corcoran, JJ.

Frank James Baltz, Delaplane, Virginia, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Frank James Baltz was admitted to practice by this Court in 1987 and lists a business address in McLean, Virginia with the Office of Court Administration. Baltz now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Baltz's application.
Upon reading Baltz's affidavit sworn to October 22, 2025, and filed October 23, 2025, and upon reading the November 24, 2025 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Baltz is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Aarons, J.P., Reynolds Fitzgerald, Ceresia, Fisher and Corcoran, JJ., concur.
ORDERED that Frank James Baltz's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that Frank James Baltz's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Frank James Baltz is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Baltz is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Frank James Baltz shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.